# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2032.  REIS et al. v. OOIDA RISK RETENTION GROUP, INC.**

Plaintiffs Candice Reis and Melvin Williams (collectively "Plaintiffs") filed a direct action against OOIDA Risk Retention Group, Inc. ("OOIDA") for injuries stemming from an automobile accident. OOIDA moved for summary judgment, in part, based upon federal preemption. The trial court agreed and found that the Liability Risk Retention Act, 15 U. S. C. § 3901, et seq., preempted Plaintiffs' direct action against OOIDA. Reis appeals from that ruling.

The Supreme Court has determined that preemption cases invoke its constitutional question jurisdiction. See *Babies Right Start, Inc. v. Ga. Dept. of Pub. Health*, 293 Ga. 553, 554 (1) (748 SE2d 404) (2013); *Ward v. McFall*, 277 Ga. 649, 651 (1) (593 SE2d 340) (2004). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/13/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*